

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

AUG 1 8 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

Trustees of Valley Carpet Layers Industry Trust Funds

**DEFAULT JUDGMENT**

v.

**Case No. CIV S-04-0573 LKK GGH**

Solo Flooring Inc

_____

**IT IS ORDERED AND ADJUDGED** default judgment is hereby
ENTERED against defendant:

**Solo Flooring**

Judgment is rendered in the form of damages only, in the total
amount of $7,069.85, which reflects unpaid contributions, attorneys'
fees and costs.

August 18, 2005

JACK L. WAGNER, CLERK

By: _____
NDDuong, Deputy Clerk